UNITED STATES DISTRICT COURT
*Western District of Tennessee*

United States of America

v.

**APRIL LOGAN**

**ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING**

Case Number:  02-20058-D

On January 12, 2007,  the defendant appeared before me on a charge of violation of the terms

and conditions of his  supervised release in this matter.  At this hearing, the defendant WAIVED her

right to a preliminary hearing. Camille McMullen , AUSA, representing the government, and

Richard Strong, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge Donald.  It is

presumed that the United States District Court will set this matter for a revocation hearing pursuant

to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

The defendant is remanded to the custody of the United States Marshal.

s/Diane K. Vescovo
*United States Magistrate Judge*

*Date:  _JAnuary 12, 2007*